IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLORIA QUINNONES-PRAT | : | CIVIL ACTION |
| o/b/o "JSQ" | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, Commissioner | : | NO.  20-3825 |
| of Social Security | | |

**O R D E R**

AND NOW, this 8th day of April, 2022, upon consideration of counsel's repeated

failure to abide by this Court's Orders which have delayed resolution of this case, after

holding a hearing following an Order directing counsel to show cause why she should not

be subject to monetary sanctions, and for the reasons stated in the accompanying

Memorandum, IT IS HEREBY ORDERED that Plaintiff's counsel Rania Major shall

remit to the Clerk of Court $ 500.00 on or before May 1, 2022.  Plaintiff's counsel shall

also provide a copy of this Memorandum and Order to Plaintiff (and translate it for

Plaintiff),[6] and file a certification that she has done so on or before May 1, 2022.

BY THE COURT:

/s/ ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.

---

[6]Counsel represented at the hearing that her client is Spanish-speaking.